IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

UNITED STATES OF AMERICA,   *

v.   *

                                        Case No.:  CCB-13-313

DAVID LAWRENCE HANDEL   *

                        *   *   *

**ENTRY OF APPEARANCE**

    Please enter my appearance in the referenced case for the defendant, David Lawrence Handel

                                        _____/s/_____
                                        Arcangelo M. Tuminelli
                                        1005 N. Calvert Street
                                        Baltimore, Maryland 21202
                                        410-539-3690
                                        atuminelli@gmail.com
                                        Bar No.: 02533