**SEALED**

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AO 442 (Rev. 11/11) Arrest Warrant

U.S. MARSHAL
BALTIMORE.MD

2013 JUN 13 PM 3: 17

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

JUN 1 3 2013

UNITED STATES DISTRICT COURT

2013 OCT 18 PM 2: 25

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND        DEPUTY

for the

CLERK'S OFFICE
AT BALTIMORE
District of Maryland

BY_____ DEPUTY

|  |  |  |
|---|---|---|
| United States of America | ) |  |
| v. | ) ) ) ) ) ) | Case No.  CCB - 13 - 0313 |
| DAVID LAWRENCE HANDEL |  |  |
| *Defendant* |  |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     David Lawrence Handel                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, 21 U.S.C. : 846; Carrying a
Firearm in Relation to a Drug Trafficking Offense, 18 U.S.C. : 924(c)

Date: June 13, 2013 _____

_____
*Issuing officer's signature*

City and state:     Baltimore, Maryland _____

Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  06/13/2013 , and the person was arrested on *(date)*  09/24/2013 at *(city and state)*  BALTIMORE, MD . |
| Date:  10/11/2013          _____ FOR ICE _____ *Arresting officer's signature* SA MICHAEL MCFARLAND _____ *Printed name and title* |