**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Justin S. Herring*  *Suite 400*  DIRECT: 410-209-4985
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Justin.Herring@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

January 27, 2014

Honorable Catherine C. Blake
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

  Re: United States v. David L. Handel
    Criminal No. CCB-13-0313

Dear Judge Blake:

  I write to update the Court regarding the status of this case. The Speedy Trial clock was tolled by a Consent Motion To Exclude Time from October 11, 2013, to December 5, 2013. The defendant is not in custody.

  Counsel have conferred about a possible resolution of this case by plea agreement, and defense counsel has received discovery from the government. Mr. Arcangelo Tuminelli, counsel for the defendant, recently met with his client (who resides in Ohio), and the parties anticipate that this case will be resolved by plea agreement. Defense counsel needs to confer again with his client in order to finalize the agreement (a process which is somewhat slower than usual due to the need for the defendant to travel to Maryland).

  Accordingly, the parties request permission to file a status report on February 27, 2014, unless a rearraignment has been scheduled by that date. Thank you for your consideration of this matter.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney

    By:  /s/ *Justin S. Herring*
        Justin S. Herring
        Assistant United States Attorney

cc: Arcangelo Tuminelli, Esquire